# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60668-CIV-UNGARO

MICROSOFT CORPORATION, a Washington corporation,

     Plaintiff,

v.

CIETDIRECT.COM LLC, a Florida limited liability company, d/b/a CIETDIRECT.COM; ADM MANAGING, INC., a Florida corporation; AARON MARKIZER, individually; and JOHN DOES 1-5,

     Defendants.

_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

THIS CAUSE came before the Court upon *sua sponte*.

THE COURT has considered the record, and it appearing Defendants CIETDIRECT.COM, LLC, ADM Managing, Inc., and Aaron Markizer are in default for failure to appear, answer or otherwise plead to the complaint within the time required by law, it is hereby

ORDERED AND ADJUDGED that the Clerk of the Court is hereby directed to enter DEFAULT against Defendants CIETDIRECT.COM, LLC, ADM Managing, Inc., and Aaron Markizer. It is further

ORDERED AND ADJUDGED that Plaintiff shall file a Motion for Default Final Judgment against Defendants CIETDIRECT.COM, LLC, ADM Managing, Inc., and Aaron Markizer, duly supported by affidavits and other documentation and a proposed final order, by June 19, 2008. Plaintiff is advised that failure to timely comply with this order shall result in dismissal of this action without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of May, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record