```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                CASE NO. 08-60668-CV-UNGARO
```

MICROSOFT CORP.,

    Plaintiff,

v.

CIETDIRECT.COM LLC,

    Defendant(s).
_____/

ORDER RE-SETTING INITIAL SCHEDULING AND
PLANNING CONFERENCE

THIS CAUSE is hereby re-set for a Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro, at the U.S. District Court, 400 N. Miami Avenue, Miami, Rm 12-4, Florida 33128 on **AUGUST 15, 2008 at 11:00 A.M.**

DONE AND ORDERED at Miami, Florida this 24 day of July, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All counsel of record